# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY



In the matter of:

                        Case No. _____

    Debtor                Chapter   _____

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named Debtor:

     A petition under title 11, United States Code was filed against you on _____ in this Bankruptcy Court, requesting an Order for Relief under Chapter _____ of the Bankruptcy Code.

     YOU ARE SUMMONED and required to file with the Clerk of the Bankruptcy Court a motion or answer to the petition within 21 days after the service of this Summons. A copy of the petition is attached.

> Address of Clerk

At the same time, you must also serve a copy of the motion or answer upon the petitioner's attorney.

> Name and Address of
> Petitioner's Attorney

If you make a motion, your time to serve an answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

      **IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF AN ORDER FOR RELIEF.**

                                       JEANNE A. NAUGHTON, Clerk

Date: _____      By: _____
                                                                   Deputy Clerk

*rev.1/4/17*